**97–970.   State ex rel. Findlay Publishing Co. v. Hancock Cty. Commrs.**
In Mandamus.   On bill and documentation in support of request for attorney fees.   Attorney fees granted in the amount of $5,000 plus costs of $140.

**97–2036.   State ex rel. Wynn v. McFaul.**
Cuyahoga App. No. 72993.   This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.   On January 15, 1998, appellee filed a response to appellant's motion for sanctions that was due December 26, 1997.   S.Ct.Prac.R. XIV(1)(C) prohibits the filing of documents that are not timely tendered for filing.   Accordingly,

IT IS ORDERED by the court, *sua sponte,* that appellee's response to motion for sanctions be, and hereby is, stricken.

**97–2404.   State v. Schirtzinger.**
Delaware App. No. 97CAA05015.   On review of order certifying a conflict.   The court determines that a conflict exists; *sua sponte,* cause held for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419;  briefing schedule stayed.

**97–2488.   State v. Pearson.**
Wood App. No. WD–96–067.   On review of order certifying a conflict.   The court determines that a conflict exists; *sua sponte,* cause held for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419;  briefing schedule stayed.

RESNICK, J., not participating.

**97–2491.   Mullins v. Rio Algom, Inc.**
Certified State Law Question, No. C:1–97–73.   On review of preliminary memoranda.   The court will answer the question certified by the United States District Court for the Southern District of Ohio, Western Division:

"Is Section 2745.01 of the Ohio Revised Code unconstitutional under state law thereby rendering Ohio Revised Code Section 2305.112 null and void?"

MOYER, C.J., RESNICK and LUNDBERG STRATTON, JJ., dissent.

**97–2507.   Perkins v. Wilkinson Sword, Inc.**
Certified State Law Question, No. 96–4144.   On review of preliminary memoranda and on motion for admission *pro hac vice* of Carl A. Eck, Louis C. Long and Eric A. Kauffman.   The motion for admission *pro hac vice* is granted and the court will answer the question certified by the United States Court of Appeals for the Sixth Circuit:

"May the risk-benefit test of the Ohio Product Liability Act be used in attempting to prove a design defect in a properly functioning disposable cigarette lighter?"

MOYER, C.J., F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**97–2654.   State v. McElrath.**
Summit App. No. 17645.   On motion for leave to file delayed appeal.   Motion denied.

**97–2687.   State v. Wallace.**
Hamilton App. No. C–970702.   On motion for leave to file delayed appeal.   Motion denied.

PFEIFER, J., dissents.

**97–2730.   State v. Smith.**
Butler App. No. CA97–01–011.   On review of order certifying a conflict.   The court determines that a conflict exists;  the parties are to brief the issue stated at page 3 of the court of appeals' Entry Granting Motion to Certify Conflict to the Ohio Supreme Court, dated December 19, 1997:

"The issue for certification is whether, when reviewing a post-conviction relief petition, the trial court must accept affidavits presented in support of the petition as true."

The conflict case is *State v. Swortcheck* (1995), 101 Ohio App.3d 770, 656 N.E.2d 732.

DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.